```
         IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

ISAAC ISAHAS WASHINGTON,          :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :   CIVIL ACTION 13-0410-CB-M
                                  :
JAMES WOODS, et al.,              :
                                  :
    Defendants.                   :

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 7th day of October, 2013.

                                        s/*Charles R. Butler, Jr.*
                                        CHARLES R. BUTLER, JR.
                                        SENIOR UNITED STATES DISTRICT JUDGE